UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ACOSTA JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROVIDENCE DISTRICT COURT, et al., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. 23-11769-MJJ |

ORDER

JOUN, D.J.

On August 2, 2023, Robert Acosta (the "Plaintiff") filed a civil Complaint against the Rhode Island 6th Division District Court, a state trial court, (the "6th Division") and "Crossroad/Travel Aid Housing," a Rhode Island based organization (the "Defendants"). In his Complaint, the Plaintiff argues the 6th Division unfairly decided a suit involving his tenancy of a Rhode Island based property.[1] Because venue is not proper in the District of Massachusetts, the Court orders this action be transferred to the United States District Court for the District of Rhode Island.

"Venue" refers to "the geographic specification of the proper court or courts for the litigation of a civil action that is within the subject-matter jurisdiction of the district courts." 28 U.S.C. § 1390(a). Federal trial courts are divided geographically into districts, and the venue statutes designate appropriate districts for each case. See id.

---

[1] The Plaintiff argues discrimination based on race, gender and "socioeconomics."

Under the general venue statute, venue is proper in a judicial district in which the defendants reside or in which "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b).  Because the Defendants in this action reside in Rhode Island and the events giving rise to the Plaintiff's claim occurred in Rhode Island, venue does not exist in the District of Massachusetts.  Rather, venue is proper in the District of Rhode Island.

Accordingly, pursuant to 28 U.S.C. § 1404, the Court hereby orders that the Clerk transfer this action to the United States District Court for the District of Rhode Island. Whether Acosta should be permitted to proceed without prepayment of fees is a determination to be made by the transferee court.

SO ORDERED.

/s/ Myong J. Joun
Myong J. Joun
United States District Judge

Dated: August 11, 2023